UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $42,323.00 IN U.S. CURRENCY,<br><br>    Defendant. | Case No.  1:24-cv-01410-EPG<br><br>ORDER DIRECTING CLERK TO ISSUE WARRANT TO ARREST ARTICLES *IN REM* FOR DEFENDANT CURRENCY[1] |

The United States of America filed a Verified Complaint for Forfeiture *In Rem* on November 15, 2024. (ECF No. 1). The Complaint alleges that Defendant Approximately $42,323.00 in U.S. Currency ("Defendant Currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for a violation of 21 U.S.C. §§ 841 *et seq*. (*Id*. at 4). The Defendant Currency is currently in the custody of the U.S. Marshals Service, Eastern District of California. (*Id*. at 1).

Pursuant to Rule C(3)(a)(i) and Rule G(3)(b)(i) [2] of the Supplemental Rules for Admiralty

---

[1] The undersigned acts on this matter pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(3).

[2] Rule G(3)(b)(i) provides that, where the defendant is not real property, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control." Rule G(1) indicates that where it is silent on an issue, Rules C and E of the Supplemental Rules, and the Federal Rules of Civil Procedure, also apply. Supplemental Rule C(3)(a)(i) provides, "The court must review the complaint and any supporting papers. If the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action."

or Maritime Clams and Asset Forfeiture Actions, the Court will direct the Clerk of Court to issue a warrant to arrest the Defendant Currency.

ACCORDINGLY, it is **ORDERED**:

The Clerk of Court for the United States District Court, Eastern District of California, shall issue a Warrant to Arrest of Articles *In Rem* for the Defendant Currency.

IT IS SO ORDERED.

Dated:   **November 20, 2024**            /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE