UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cv-01410-EPG |
| Plaintiff, | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT TO ARREST ARTICLES *IN REM* FOR DEFENDANT CURRENCY[1] |
| v. | |
| APPROXIMATELY $42,323.00 IN U.S. CURRENCY, | (ECF Nos. 1, 4) |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In* Rem was filed November 15, 2024, in the United States District Court for the Eastern District of California, alleging that the Approximately $42,323.00 in U.S. Currency ("Defendant Currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for a violation of 21 U.S.C. §§ 841 *et seq*. (ECF No. 1 at 4);

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* as verified under penalty of perjury by Drug Enforcement Administration Special Agent Nareman Ebeid, there is probable cause to believe that the Defendant Currency so described constitutes property that is subject to forfeiture for such violation, and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental

---

[1] The undersigned acts on this matter pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(3).

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for Defendant Currency.

IT IS SO ORDERED.

Dated: **December 20, 2024**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE