UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $42,323.00 IN U.S. CURRENCY, *et al.*,<br><br>Defendants. | No.  1:24-cv-01410-KES-EPG<br><br>ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE<br><br>Doc. 18 |

On November 11, 2024, the United States of America ("plaintiff") filed an *in rem* forfeiture action against approximately $42,323.00 in U.S. currency pursuant to 21 U.S.C. § 881(a)(6), on the grounds that the currency is a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841, *et seq.*  Doc. 1.  Plaintiff also names as defendants Brian Gregory Brightman and Raymond Fitzgerald Cash, Jr.  *Id.*

On April 24, 2025, plaintiff filed a motion for default judgment against two individuals with potential property interests in the currency—Brian Gregory Brightman and Raymond Fitzgerald Cash—and for a final judgment of forfeiture vesting in the United States all right, title, and interest in the defendant currency.  Doc. 18.  There has been no response to the motion or the underlying complaint.  *See* docket.  The matter was referred to a United States magistrate judge

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that: (1) plaintiff's motion for default judgment be granted; and (2) final judgment of forfeiture be entered.  Doc. 20.  The findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id*. at 11.  No objections were filed, and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 5, 2025, Doc. 20, are adopted in full;
2. Plaintiff's motion for default judgment against the interests of Brian Gregory Brightman and Raymond Fitzgerald Cash, Jr., Doc. 18, is granted and a default judgment against Brian Gregory Brightman and Raymond Fitzgerald Cash, Jr., is entered;
3. The Court enters a Final Judgment of Forfeiture pursuant to 21 U.S.C. § 881(a)(6), forfeiting all right, title, and interest in the defendant currency to the United States; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 23, 2025

UNITED STATES DISTRICT JUDGE